AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| Q.R. a minor, by and through his natural mother and next friend, JANE DOE, <br><br> *Plaintiff(s)* <br> v. <br> TITAN WEBSITES, INC., and JOHN DOE D/B/A HENTAICITY.COM <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:25-cv-01096 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TITAN WEBSITES, INC.
c/o Registered Agent, Ty Holcomb
2313 N. 128th Street
Seattle, WA 98133-7849

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael J. Wyatt
Joshua W. Ruhlmann
MANN WYATT TANKSLEY
201 E. 1st Avenue, P. O. Box 1202
Hutchinson, KS 67504-1202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/13/2025

s/N. Coop, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:25-cv-01096

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TITAN WEBSITES, INC.
was received by me on *(date)* July 1, 2025

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* TY HOLCOMB, who is designated by law to accept service of process on behalf of *(name of organization)* TITAN WEBSITES, INC. (as Registered Agent) on *(date)* July 19, 2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 756.24 for services, for a total of $ ~~0.00~~ $756.24

I declare under penalty of perjury that this information is true.

Date: 07.19.2025

Server's signature

Joshua Ritts, WA PI #4500
Printed name and title

PO Box 23063
Seattle, WA 98102
Server's address

Additional information regarding attempted service, etc:

Registered Agent for TITAN WEBSITES, INC., TY HOLCOMB, served on 7.19.2025, 1217 Hours, at Shoreview Park Tennis Courts, 700 NW Innis Arden Way, Shoreline, WA 98177.

Holcomb was served while checking in for a Pickleball tournament in which he was competing. An exhaustive search for his home address was unsuccessful as Holcomb has vacated his usual home, where his vehicles, voter registration, etc. still point, following a domestic incident in 2023 (See King County Superior Court [Washington State] case #23-2-23712-9).