UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| Q.R., a minor, by and through his natural mother and next friend JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>TITAN WEBSITES, INC<br>JOHN DOE D/B/A/ HENTAICITY.COM,<br><br>Defendant. | CASE NO.: 25-cv-1096<br><br>HON. JUDGE TEETER |

**DECLARATION OF TY HOLCOMB**

1. I am the President and part-owner of Titan Websites, Inc. ("Titan"), which is a defendant in the above-captioned matter. I make this declaration based on my own personal knowledge, and I believe each statement to be true and correct.

2. Titan owns and operates Hentaicity.com, an adult-content website featuring exclusively animated and computer-generated characters engaged in sex acts.

3. Titan is a limited liability company formed under the laws of Washington with a principal place of business in Seattle, Washington. Its resident agent for service is also based in Seattle.

4. Titan is not registered with the Kansas Secretary of State as a foreign corporation conducting business in Kansas and does not have an authorized agent for service of process in Kansas.

5. Titan does not pay taxes in Kansas.

6. Titan does not maintain any bank accounts, books, records, mailing addresses, or phone numbers in Kansas.

7. Titan has no offices, agents, or employees in Kansas.

8. Titan does not lease or own any real property in Kansas.

9. Titan does not process credit card transactions in Kansas. It does not sell its content, via a subscription model or otherwise, and it has never taken payment from a Kansas-based consumer.

10. Titan does not contract with any vendors based in Kansas.

11. Titan does not advertise or otherwise solicit business in Kansas.

12. Titan does not design content specifically for the Kansas market.

13. Titan does not have servers in Kansas or use a Kansas-based internet service provider.

14. Titan did not use any "proprietary SEO optimization strategies, proprietary algorithms, website design, and content curation to target Q.R. based on his personal data and search history" to "curate specific content for him based on these metrics." *See* Dkt. 1 at ¶ 34. Titan engages in no individual user customization whatsoever within hentaicity.com; every site visitor is presented with the same website, regardless of his location, past site views, or other individual characteristic. Likewise, Titan engages in no customized search engine optimization (SEO); the same Google search from a 70-year-old woman doctor in

California and a 30-year-old male accountant in Kansas are equally likely to produce hentaicity.com among the search results.

15. Titan does not do a "substantial amount of business in Kansas through hentaicity." *See* Dkt. 1 at ¶ 17. In fact, before I blocked access to the State, Kansas residents comprised roughly .001% of Titan's web traffic.

16. Titan has not "aimed" hentaicity.com at Kansas residents. *See id.* at ¶ 18. Until states began passing age verification laws, Titan was entirely agnostic about, and unaware of, the whereabouts of its individual viewers. It did not monitor the IP locations of its viewership or engage a geolocation services company to do so. Now, with some version of age verification ostensibly here to stay following the industry's unsuccessful Supreme Court challenge to Texas's law, Titan expressly aims hentaicity.com *away* from Kansas by instructing its website hosting company (Reflected Networks) to block access for Kansas residents.

17. Reflected Networks also serves as Titan's content delivery network (CDN), providing viewers with a better video playback experience throughout the United States via use of its geographically dispersed server network. *See id.* at ¶ 19-23. But Titan did not engage Reflected Networks to improve the playback experience specifically *for Kansans*. Titan did not (and still does not) know where Reflected Networks maintains its CDN servers (nor does it care), and Reflected Networks does not offer its clients the ability to customize its network of CDN servers to prioritize video playback in one region or another.

18. Titan contracts with various ad networks to monetize traffic on its website. *See id.* at ¶ 24-26. Indeed, the only way that Titan makes money is by generating ad revenue from

its website visitors, which these ad networks assist in maximizing. But Titan's profit engine does not depend in any way on the particular location of its visitors within the United States. Ad revenues are determined by the number of advertising impressions[1] within a *country*, but not a specific *state*—meaning that a Kansas viewer and a California viewer, each with identical viewing histories on hentaicity.com, will generate the same ad revenues for Titan.

19. Before Titan blocked access to the State of Kansas, hentaicity.com web traffic from Kansans generated less than $50 in monthly ad revenue for Titan.

I declare under penalty of perjury under the laws of Kansas and the United States that the foregoing is true and correct.

Executed at   Seattle  ,   Washington   on   9/10/25  .
               City               State               Date

_____
Ty Holcomb

---

[1] In web advertising, an "impression" is the most basic unit of measurement. it simply means that an ad was fetched and displayed (or at least attempted to be displayed) on a webpage or application.