**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Q.R. a minor, by and through his natural mother and next friend JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>TITAN WEBSITES, INC.,<br><br>and,<br><br>JOHN DOE D/B/A HENTAICITY.COM,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 6:25-cv-01096<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF Q.R., A MINOR, BY AND THROUGH HIS NATURAL MOTHER AND NEXT FRIEND JANE DOE, AND DEFENDANT TITAN WEBSITES, INC.'S JOINT STIPULATION REGARDING JOHN DOE D/B/A HENTAICITY.COM**

COMES NOW Plaintiff Q.R., a minor, by and through his natural mother and next friend Jane Doe ("Plaintiff") and Defendant Titan Websites, Inc. ("Titan"), who jointly state as follows:

1. Titan stipulates it is a for profit corporation whose principal office is located at 2313 N. 128th St., Seattle, WA, 98133-7849.

2. Titan stipulates it was formed in the state of Washington.

3. Titan stipulates it is the sole owner of the hentaicity.com website.

4. As such, Plaintiff will voluntarily dismiss Defendant John Doe d/b/a hentaicity.com in a subsequent motion.

                                                Respectfully submitted,

                                                /s/*Joshua W. Ruhlmann*
                                                Michael J. Wyatt      (#23260)
                                                Joshua W. Ruhlmann  (#29778)
                                                Mann Wyatt Tanksley
                                                201 E. 1st Ave.

Hutchinson, KS  67504-1202
(620) 662-2400
(620) 662-2443 (Fax)
mike@mannwyatt.com
josh@mannwyatt.com

Benjamin W. Bull
Christen M. Price
Victoria Hirsch
Khari James
NATIONAL CENTER ON SEXUAL EXPLOITATION
1201 F St., NW, Suite 200
Washington, DC 20004
P: 202-393-7245
E: bbull@ncose.com
cprice@ncoselaw.org
vhirsch@ncoselaw.org
kjames@ncoselaw.org

*Attorney for Plaintiff*

-and-

*/s/Maxwell E. Kautsch*
Kautsch Law, L.L.C.
Maxwell E. Kautsch, #21255
810 Pennsylvania St., Ste. 207
Lawrence, KS 66044
Phone: (785) 840-0077
Fax: (785) 842-3039

Jeffrey Sandman*
Sandman Law LLC
5208 Magazine St., Ste 364
Phone: (978) 886-0639
jeff@sandman-law.com
*Pro hac vice motion forthcoming

*Attorney for Defendant Titan Websites Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 16, 2025, the foregoing stipulation was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                          /s/*Joshua W. Ruhlmann*
                                                          Joshua W. Ruhlmann