MANN WYATT TANKSLEY
201 E. 1st Avenue
Hutchinson, KS 67501
(620) 662-2400
(620) 662-2443 (Fax)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Q.R. a minor, by and through his natural mother and next friend JANE DOE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 6:25-cv-01096 ) |
| TITAN WEBSITES, INC., | ) ) |
| and, | ) ) |
| JOHN DOE D/B/A HENTAICITY.COM, | ) ) |
| Defendants. | ) ) ) |

### PLAINTIFF'S NOTICE OF DISMISSAL OF JOHN DOE D/B/A HENTAICITY.COM

COMES NOW Plaintiff Q.R., a minor, by and through his natural mother and next friend Jane Doe, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant John Doe d/b/a hentaicity.com from this lawsuit.

No answer or motion for summary judgment has been filed by this defendant.

Respectfully submitted,

/s/ Joshua W. Ruhlmann
Michael J. Wyatt       (#23260)
Joshua W. Ruhlmann  (#29778)
MANN WYATT TANKSLEY
201 E. 1st Ave.
Hutchinson, KS  67504-1202
(620) 662-2400
(620) 662-2443 (Fax)

1

mike@mannwyatt.com
josh@mannwyatt.com

-and-

Benjamin W. Bull*
Christen M. Price*
Victoria Hirsch*
Khari James*
NATIONAL CENTER ON
SEXUAL EXPLOITATION
1201 F St., NW, Suite 200
Washington, DC 20004
P: 202-393-7245
bbull@ncose.com
cprice@ncoselaw.org
vhirsch@ncoselaw.org
kjames@ncoselaw.org

*Admitted via pro hac vice

*Attorneys for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 16, 2025, the foregoing Motion was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Kautsch Law, L.L.C.
Maxwell E. Kautsch, #21255
810 Pennsylvania St., Ste. 207
Lawrence, KS 66044
Phone: (785) 840-0077
Fax: (785) 842-3039

-and-

Sandman Law LLC
Jeffrey Sandman*
5208 Magazine St., Ste 364
Phone: (978) 886-0639
jeff@sandman-law.com
*Pro hac vice motion forthcoming

*Attorney for Defendant Titan Websites Inc.*

 */s/ Joshua W. Ruhlmann*
Joshua W. Ruhlmann (#29778)