IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JANE DOE,** *by and through his natural mother and next friend minor Q.R.,*

    **Plaintiff,**

    v.

**TITAN WEBSITES, INC.,**

    **Defendant.**

Case No. 6:25-cv-01096-HLT-BGS

# JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the Memorandum and Order (Doc. 44), Plaintiff's claims are dismissed without prejudice. This case is closed.

IT IS SO ENTERED.

SKYLER O'HARA
CLERK OF THE COURT

Dated: February 10, 2026

/s/  M. Deaton
By Deputy Clerk